JUNE FEINBERG, Respondent, v. ABRAHAM D. FEINBERG, Appellant.— Appeal from an order of the Supreme Court entered in the county of Sullivan, adjudging defendant in contempt and imposing a fine of $1,075 to be paid $25 per week in addition to $50 per week alimony. Order reversed, on the law and facts, without costs, and matter remitted to the Sullivan County Trial and Special

Term commencing October 4, 1948, to take proof of appellant's financial condition and ability to pay. This reversal is conditioned that in the interim and until a decision is made in the court below the defendant-appellant pay to the respondent $25 per week present alimony, and $10 per week on account of arrearages. Upon failure to pay same the order appealed from is affirmed. Hill, P. J., Brewster, Russell and Deyo, JJ., concur; Foster, J., taking no part.